UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL PADILLA,<br><br>        Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-08196-AB-FFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE** |

| | |
|---|---|
| 1 | Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. |
| 2 | 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation. |
| 3 | Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties |
| 4 | and claims. The Clerk of Court shall terminate the case. |

**IT IS SO ORDERED**

Dated: 11/27/2018

_____
United States District Judge